Willie **REID**, a/k/a William Rogers, a/k/a Willie Reed, Petitioner–Appellant,

v.

Ronald **HUTCHINSON**, Warden; John Joseph Curran, Jr., The Attorney General of the State of Maryland, Respondents–Appellees.

No. 01–6466.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Willie Reid, pro se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Willie Reid seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Reid v. Hutchinson*, No.

---

CA–01–248–WMN (D .Md. Mar. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*